Daniel F. Polsenberg
Nevada Bar No. 2376
J Christopher Jorgensen
Nevada Bar No. 5382
Abraham Smith
Nevada Bar No. 13250
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200
E-mail: dpolsenberg@lrrc.com
E-mail: cjorgensen@lrrc.com
E-mail: asmith@lrrc.com

*Co-Counsel for Plaintiff*
*United Automobile Insurance Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED AUTOMOBILE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS CHRISTENSEN, an individual; E. BREEN ARNTZ, an individual; and GARY LEWIS, an individual,<br><br>Defendants. | Case No.: 2:18-cv-02269-JAD-BNW<br><br>**JOINT STIPULATION AND ORDER FOR STAY OF DISCOVERY (ECF32)** |

United Automobile Insuance Company ("Plaintiff") and Thomas Christensen, E. Breen Arntz and Gary Lewis ("Defendants"), submit this Joint Stipulation and Order for Stay of Discovery.

Plaintiff filed its Complaint on November 28, 2018. (ECF 1) Defendant Christensen filed a Motion to Dismiss on February 22, 2019. (ECF 5) Defendant Arntz filed a Joinder to Christensen's Motion to Dismiss on March 1, 2019. (ECF 9) Defendant Lewis filed a Joinder to Christensen's Motion to Dismiss on March 1, 2019 (ECF 10) and an additional Motion to Dismiss on March 1, 2019. (ECF 11) This Court denied the Motions to Dismiss on September 13, 2019 (ECF 32). As part of that Order this Court ordered the parties to submit a Discovery Plan and Scheduling Order by September 27, 2019.

The parties jointly seek a continued stay of discovery for the reasons succinctly

articulated below.  Such stay of discovery is sought in good faith and for purposes of judicial economy.  This particular lawsuit is related to a much larger dispute involving these same parties that is pending in the Eighth Judicial District Court, Case No. A-07-549111-C (consolidated with A-18-772220-C); the Nevada Supreme Court, Case Nos. 79487, 78243, 78085, and 70504; and the Ninth Circuit, Case No. 13-17441.[1]  Two mediations have been held in an attempt to resolve this matter.  The Nevada Supreme Court ordered a third mediation in Case No. 79487, which is currently being scheduled.  Issues remain pending before all three courts.

The parties believe that it makes sense to stay discovery in this proceeding to await further rulings that may resolve the issues in both this case and the pending state court case or, at a minimum, pave the way for dispositive motions.  At this time, the parties request a stay of discovery with a status report to be filed with the Court 90 days from today's date (i.e. **December 27, 2019**) regarding developments from other courts considering matters that may affect this case.[2]

DATED this 27th day of September, 2019.

**ATKIN WINNER & SHERROD**

By: */s/ Matthew J. Douglas*
Matthew John Douglas
Thomas E. Winner
1117 South Rancho
Las Vegas, Nevada 89102

*Attorneys for Plaintiff*

DATED this 27th day of September, 2019

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: */s/ J Christopher Jorgensen*
Daniel F. Polsenberg (# 2376)
J Christopher Jorgensen (# 5382)
Abraham Smith (# 13250)
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV  89169

*Co-Counsel for Plaintiff United Automobile Insurance Company*

---

[1] This case was also before the Nevada Supreme Court, in Case #70504, until it recently issued its Opinion regarding two writ petitions related to this matter.  The writ petitions were questions from the Ninth Circuit, pertaining to the matters pending in Case #13-17441.

[2]  The parties understand that any Stay of Discovery would not affect the defendants from seeking reconsideration of the Court's order denying the Motions to Dismiss referenced herein and/or seeking appellate relief concerning same.

2

DATED this 27th day of September, 2019.

**SANTORO WHITMIRE**

By: */s/ James W. Whitmire*
James E. Whitmire (#6533)
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135

*Attorneys for Defendant Thomas Christensen*

DATED this 27th day of September, 2019.

**LIPSON NEILSON P.C.**

By: */s/Janeen V. Issacson*
Janeen V. Isaacson
Lipson Neilson P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Defendant Gary Lewis*

DATED this 27th day of September, 2019.

**MARQUIS AURBACH COFFING**

By: */s/ Brian R. Hardy*
Terry A. Coffing (#4949)
Brian R. Hardy (#10068)
10001 Park Run Drive
Las Vegas, Nevada 89145

*Attorneys for Defendant E. Breen Arntz*

**IT IS SO ORDERED**

**DATED: October 04, 2019**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

# CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2019, I caused a true and accurate copy of the foregoing document entitled **JOINT STIPULATION AND ORDER FOR STAY OF DISCOVERY (ECF32)** to be filed with the Clerk of the Court via the CM/ECF system, which will send an electronic copy to the following:

Matthew John Douglas
Thomas E. Winner
Atkin Winner & Sherrod
1117 South Rancho
Las Vegas, Nevada 89102
mdouglas@awslawyers.com
twinner@awsvlaw.com

*Attorneys for Plaintiff*

James E. Whitmire
Santoro Whitmire
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
jwhitmire@santoronevada.com

*Attorneys for Defendant Thomas Christensen*

Terry A. Coffing
Brian R. Hardy
Marquis & Aurbach
10001 Park Run Drive
Las Vegas, Nevada 89145
tcoffing@maclaw.com
bhardy@maclaw.com

*Attorneys for Defendant E. Breen Arntz*

Janeen V. Isaacson
Lipson Neilson P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
nvecf@lipsonneilson.com

*Attorneys for Defendant Gary Lewis*

                                            /s/ Adriana Garcia
                                      An Employee of Lewis Roca
                                      Rothgerber Christie LLP