Daniel F. Polsenberg
Nevada Bar No. 2376
J Christopher Jorgensen
Nevada Bar No. 5382
Abraham Smith
Nevada Bar No. 13250
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200
E-mail: dpolsenberg@lrrc.com
E-mail: cjorgensen@lrrc.com
E-mail: asmith@lrrc.com

*Co-Counsel for Plaintiff
United Automobile Insurance Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED AUTOMOBILE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS CHRISTENSEN, an individual; E. BREEN ARNTZ, an individual; and GARY LEWIS, an individual,<br><br>Defendants. | Case No.: 2:18-cv-02269-JAD-BNW<br><br>**JOINT STATUS REPORT REGARDING STAY OF DISCOVERY (ECF NO. 40)** |

United Automobile Insurance Company ("Plaintiff") and Thomas Christensen, E. Breen Arntz and Gary Lewis ("Defendants"), submit this Joint Status Report Regarding Stay of Discovery (ECF No. 40).

Plaintiff filed its Complaint on November 28, 2018. (ECF No. 1) Defendant Christensen filed a Motion to Dismiss on February 22, 2019. (ECF No. 5) Defendant Arntz filed a Joinder to Christensen's Motion to Dismiss on March 1, 2019. (ECF No. 9) Defendant Lewis filed a Joinder to Christensen's Motion to Dismiss on March 1, 2019 (ECF No. 10) and an additional Motion to Dismiss on March 1, 2019. (ECF No. 11) This Court denied the Motions to Dismiss on September 13, 2019 (ECF No. 32). As part of that Order, this Court ordered the parties to submit a Discovery Plan and Scheduling Order by September 27, 2019.

On September 27, 2019, the parties jointly sought a stay of discovery (ECF No. 33) because this lawsuit is related to a much larger dispute in cases (some of which are pending) in the Eighth Judicial District Court, Case No. A-07-549111-C (consolidated with A-18-772220-C); the Nevada Supreme Court, Case Nos. 79487, 78243, 78085, and 70504; the Ninth Circuit Court of Appeals, Case No. 13-17441; and another case in California.[1]

On October 4, 2019, This Court granted the Stipulation to Stay Proceedings (ECF 40). Defendants Christensen, Lewis and Arntz filed their Answers to Complaint. (ECF Nos. 34, 36 and 39).

On October 10 and 11, 2019, Defendant Christensen filed Motions for Reconsideration of this Court's September 13, 2019 (ECF No. 10) Order. (See ECF Nos. 40 and 41). On October 11, 2019, Lewis filed a Joinder to the Motion for Reconsideration (ECF No. 42). On October 15, 2019, Arntz filed a Joinder to the Motion for Reconsideration (ECF No. 43). On October 24, 2019 Plaintiff opposed the Motion for Reconsideration and Joinders (ECF No. 46). On October 31, 2019, Christensen filed his Reply in Support of Reconsideration (ECF No. 47). On December 18, 2019 Christensen sought leave to file supplemental authorities in support of his Motion for Reconsideration to this Court. (ECF Nos. 48 and 49). The parties await this Court's ruling on the Motion for Reconsideration.

The parties believe that the stay of discovery in this proceeding should remain in place pending further rulings, both in this case and in the other courts, that may resolve the issues in both this case and the pending state court case or, at a minimum, pave the way for dispositive

---

[1] In July 2019, the Nevada District Court denied UAIC's motion for relief from an amended judgment in Case No. A-07-549111-C. That decision was appealed to the Nevada Supreme Court in Case No. 79487. On September 20, 2019, the Nevada Supreme Court, in Case No. 70504, issued its Opinion regarding two certified questions (ECF Nos. 37, 38, Notice of Supreme Court Decision). The certified questions were from the Ninth Circuit, pertaining to the matters pending in Case No. 13-17441. A petition for rehearing was filed with the Nevada Supreme Court on October 8, 2019, which was denied. A Motion to Supplement the Ninth Circuit Record on Appeal was filed on November 11, 2019 (Doc. No. 67). On December 23, 2019, UAIC Opposed the Motion to Supplement the Record (Doc. No. 75). Two writ petitions were filed by Defendant Lewis and a non-party to this litigation (Nalder), which are pending decision in the Nevada Supreme Court.

2

motions. The parties request a continued stay of discovery with a status report to be filed with the Court 90 days from today's date (i.e. **March 26, 2020**) regarding developments from other courts considering matters that may affect this case.

DATED this 27th day of December, 2019.

**ATKIN WINNER & SHERROD**

By: /s/ Matthew J. Douglas
Matthew John Douglas
Thomas E. Winner
1117 South Rancho
Las Vegas, Nevada 89102

*Attorneys for Plaintiff*

DATED this 27th day of December, 2019.

**SANTORO WHITMIRE**

By: /s/ James W. Whitmire
James E. Whitmire (#6533)
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135

*Attorneys for Defendant Thomas Christensen*

DATED this 27th day of December, 2019.

**LIPSON NEILSON P.C.**

By: /s/Janeen V. Issacson
Janeen V. Isaacson
Lipson Neilson P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Defendant Gary Lewis*

DATED this 27th day of December, 2019

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: /s/ J Christopher Jorgensen
Daniel F. Polsenberg (# 2376)
J Christopher Jorgensen (# 5382)
Abraham Smith (# 13250)
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169

*Co-Counsel for Plaintiff United Automobile Insurance Company*

DATED this 27th day of December, 2019.

**MARQUIS AURBACH COFFING**

By: /s/ Brian R. Hardy
Terry A. Coffing (#4949)
Brian R. Hardy (#10068)
10001 Park Run Drive
Las Vegas, Nevada 89145

*Attorneys for Defendant E. Breen Arntz*

**IT IS SO ORDERED**

**DATED: December 31, 2019**

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

3

110114137.1

# CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2019, I caused a true and accurate copy of the foregoing document entitled **JOINT STATUS REPORT REGARDING STAY OF DISCOVERY (ECF NO. 40)** to be filed with the Clerk of the Court via the CM/ECF system, which will send an electronic copy to the following:

Matthew John Douglas
Thomas E. Winner
Atkin Winner & Sherrod
1117 South Rancho
Las Vegas, Nevada 89102
mdouglas@awslawyers.com
twinner@awsvlaw.com

*Attorneys for Plaintiff*

James E. Whitmire
Santoro Whitmire
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
jwhitmire@santoronevada.com

*Attorneys for Defendant Thomas Christensen*

Terry A. Coffing
Brian R. Hardy
Marquis & Aurbach
10001 Park Run Drive
Las Vegas, Nevada 89145
tcoffing@maclaw.com
bhardy@maclaw.com

*Attorneys for Defendant E. Breen Arntz*

Joseph P. Garin
Lipson Neilson P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
nvecf@lipsonneilson.com

*Attorneys for Defendant Gary Lewis*

                                     /s/ Kennya Jackson
                                  An Employee of Lewis Roca
                                  Rothgerber Christie LLP

110114137.1