Daniel F. Polsenberg
Nevada Bar No. 2376
J Christopher Jorgensen
Nevada Bar No. 5382
Abraham Smith
Nevada Bar No. 13250
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV  89169
Tel: 702.949.8200
E-mail:  dpolsenberg@lrrc.com
E-mail:  cjorgensen@lrrc.com
E-mail:  asmith@lrrc.com

*Co-Counsel for Plaintiff*
*United Automobile Insurance Company*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED AUTOMOBILE INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>vs.<br><br>THOMAS CHRISTENSEN, an individual; E. BREEN ARNTZ, an individual; and GARY LEWIS, an individual,<br><br>  Defendants. | Case No.: 2:18-cv-02269-JAD-BNW<br><br>**JOINT STATUS REPORT REGARDING STAY OF DISCOVERY (ECF NO. 40)** |

Thomas Christensen, E. Breen Arntz, Gary Lewis ("Defendants") and United Automobile Insurance Company ("Plaintiff") hereby submit this Joint Status Report Regarding Stay of Discovery (ECF No. 40) with a request for a continued stay of discovery with a status report to be filed with the Court 90 days from today's date (i.e. September 26, 2020) regarding developments from other courts considering matters that may affect this case.

## INTRODUCTION

Plaintiff filed its Complaint in this case on November 28, 2018. (ECF No. 1)  Defendant Christensen filed a Motion to Dismiss on February 22, 2019. (ECF No. 5)  Defendant Arntz filed a Joinder to Christensen's Motion to Dismiss on March 1, 2019. (ECF No. 9)  Defendant Lewis filed a Joinder to Christensen's Motion to Dismiss on March 1, 2019 (ECF No. 10) and

111593253.1

an additional Motion to Dismiss on March 1, 2019. (ECF No. 11)  This Court denied the Motions to Dismiss on September 13, 2019 (ECF No. 32). As part of that Order, this Court ordered the parties to submit a Discovery Plan and Scheduling Order by September 27, 2019.

On September 27, 2019, the parties jointly sought a stay of discovery (ECF No. 33) because this lawsuit is related to a larger dispute in cases (some of which are pending) in the Eighth Judicial District Court, Case No. A-07-549111-C (consolidated with A-18-772220-C); the Nevada Supreme Court, Case Nos. 79487, 78243, 78085, and 70504; the Ninth Circuit Court of Appeals, Case No. 13-17441; and another case in California.  This Court granted the request to stay discovery (ECF __).  On March 26, 2020, the parties submitted a second joint status report (ECF 52).  The parties indicated there were still ongoing related proceedings and requested the stay of discovery in this case be extended another 90 days.   This Court agreed and extended the stay (ECF 53).

Over the past three months many of the other related proceedings have  made significant progress.  The Ninth Circuit dismissed Gary Lewis's and James Nalder's appeal (Ninth Cir., Case 13-17441, Dkt. 90); the parties now await the Ninth Circuit's ruling on Appellants' Petition for Panel rehearing and Petition for Rehearing En Banc (Ninth Cir., Case 13-17441, Dkt. 91).  The parties are also waiting on the Nevada District Court to rule on Motions for Attorneys' Fees and Costs in cases A-18-772220-C, A-07-549111, pending in the Eighth Judicial District Court.

**THIS CASE: 2:18-cv-02269-JAD-BNW**

On October 4, 2019, this Court granted the Stipulation to Stay Proceedings (ECF 40). Defendants Christensen, Lewis and Arntz filed their Answers to Complaint. (ECF Nos. 34, 36 and 39). On October 10 and 11, 2019, Defendant Christensen, Lewis and Arntz filed Motions for Reconsideration of this Court's September 13, 2019 Order.  (ECF No. 10, 40 through 43). On October 24, 2019 Plaintiff opposed the Motions for Reconsideration and Joinders (ECF No. 46).  On October 31, 2019, Christensen filed his Reply in Support of Reconsideration (ECF No. 47).  On December 18, 2019 Christensen sought leave to file supplemental authorities in support of his Motion for Reconsideration to this Court. (ECF Nos. 48 and 49).  Since then, the parties

2

111593253.1

have filed requests to stay discovery in this matter twice pending the outcome of the other related cases.

### APPEAL IN THE NINTH CIRCUIT

On June 4, 2020, the Ninth Circuit granted Appellee's Motion to Dismiss for Lack of Standing. Appellants' Motion to Supplement the Record, filed on November 14, 20109 and Motion to Take Judicial Notice, filed on May 1, 2020 were denied and the appeal was dismissed. (ECF 90 in Ninth Circuit Docket 13-17441). On June 18, 2020, Appellants Gary Lewis and James Nalder filed a petition for rehearing and petition for rehearing en banc. (ECF 91). The Ninth Circuit has not decided that petition.

### TWO WRITS IN THE NEVADA SUPREME COURT

On April 30, 2020, the Nevada Supreme Court granted in part and denied in part Nalder's and Lewis's writ petitions in Docket Nos. 78085 and 78243. Nalder and Lewis filed a motion for reconsideration and for attorney's fees and costs, which remains pending.

### UAIC'S APPEAL IN THE NEVADA SUPREME COURT

On August 21, 2019, UAIC appealed the state district court's ruling refusing to set aside the amended judgment against Gary Lewis. On May 13, 2020, UAIC suggested that the appeal be dismissed as moot in light of the Supreme Court's intervening decision on the writ petitions. The Court has not yet acted on the suggestion.

### THE NEVADA STATE DISTRICT COURT PROCEEDING

In accordance with the Nevada Supreme Court's decision on the writ petitions, District Judge Johnson in Case No. A-07-549111-C struck UAIC's intervention and reassigned Case No. A-18-772220-C (which had been consolidated before Judge Johnson) back to Judge Kephart. Nalder filed a motion for attorney's fees in Case No. A-07-549111-C. Lewis filed motions for attorney's fees in both cases. All three motions remain pending.

### CONCLUSION

The parties believe that the stay of discovery in this proceeding should remain in place pending a final resolution of Nalder's and Lewis's petition for rehearing before the Ninth Circuit. Accordingly, the parties request a continued stay of discovery with a status report to

111593253.1

be filed with the Court 90 days from today's date (i.e. September 26, 2020).

DATED this 26th day of June, 2020.

**WINNER & SHERROD**

By: /s/ Matthew J. Douglas
Matthew John Douglas
Thomas E. Winner
1117 South Rancho Drive
Las Vegas, Nevada 89102

*Attorneys for Plaintiff*

DATED this 26th day of June, 2020.

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: /s/ J Christopher Jorgensen
Daniel F. Polsenberg (# 2376)
J Christopher Jorgensen (# 5382)
Abraham Smith (# 13250)
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV  89169

*Co-Counsel for Plaintiff United Automobile Insurance Company*

DATED this 26th day of June, 2020.

**SANTORO WHITMIRE**

By: /s/ James E. Whitmire
James E. Whitmire (#6533)
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135

*Attorneys for Defendant Thomas Christensen*

DATED this 26th day of June, 2020.

**MARQUIS AURBACH COFFING**

By: /s/ Brian R. Hardy
Terry A. Coffing (#4949)
Brian R. Hardy (#10068)
10001 Park Run Drive
Las Vegas, Nevada 89145

*Attorneys for Defendant E. Breen Arntz*

**IT IS ORDERED that the stay of discovery is continued in this case.**

**IT IS FURTHER ORDERED that the parties' joint status report is due August 26, 2020.**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE/DISTRICT COURT JUDGE

DATED: 8/11/2020

111593253.1