Daniel F. Polsenberg
Nevada Bar No. 2376
J Christopher Jorgensen
Nevada Bar No. 5382
Abraham Smith
Nevada Bar No. 13250
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV  89169
Tel: 702.949.8200
E-mail: dpolsenberg@lrrc.com
E-mail: cjorgensen@lrrc.com
E-mail: asmith@lrrc.com

*Co-Counsel for Plaintiff*
*United Automobile Insurance Company*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED AUTOMOBILE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>vs.<br><br>THOMAS CHRISTENSEN, an individual; E. BREEN ARNTZ, an individual; and GARY LEWIS, an individual,<br><br>        Defendants. | Case No.: 2:18-cv-02269-JAD-BNW<br><br>**JOINT REQUEST FOR ADDITIONAL 10 DAYS TO FILE JOINT STATUS REPORT REGARDING STAY OF DISCOVERY (ECF NO. 56)** |

Thomas Christensen, E. Breen Arntz, Gary Lewis ("Defendants") and United Automobile Insurance Company ("Plaintiff") hereby submit this Joint Request for Additional 10 Days to File a Joint Status Report Regarding Stay of Discovery (ECF No. 56).

On June 26, 2020, Plaintiff and Defendants submitted to the Court a Joint Status Report Regarding Stay of Discovery pursuant to ECF No. 40.  The Parties asked for another 90 day stay of proceedings while several associated actions remained pending with other courts considering matters that may affect this case.  The parties asked that the next status report be due on September 26, 2020.

On August 7, 2020, Judge Dorsey issued an order indicating she had reconsidered the Defendants' Motion to Dismiss, but reached the same conclusion, denying the underlying Motion

to Dismiss. (ECF No. 55).  On August 11, 2020, Magistrate Weksler signed the June 26, 2020 Joint Status Report, but inserted a sentence indicating the next Joint Status Report would be due on August 26, 2020, instead of September 26, 2020.  (ECF No. 56).  Then, on August 25, 2020, it appears ECF No. 56 was filed by the Court with a notation, "modified signing".  The parties have effectively had one day notice of the modified due date for the next status report.

After a meet and confer held on August 25, 2020 between counsel Chris Jorgensen and James Whitmire, the parties ask for an additional 10 days to file the next Joint Status Report.  The purpose of this request is not for delay, but rather for the parties to meet again and determine if the original reasons for seeking a stay of this case still remain.

Accordingly, the parties request an additional 10 days to file the next Joint Status Report from today's date (i.e. September 8, 2020).

DATED this 26th day of August, 2020.

**WINNER & SHERROD**

By: /s/ Matthew J. Douglas
Matthew John Douglas
Thomas E. Winner
1117 South Rancho Drive
Las Vegas, Nevada 89102

*Attorneys for Plaintiff*

DATED this 26th day of August, 2020.

**SANTORO WHITMIRE**

By: /s/ James E. Whitmire
James E. Whitmire (#6533)
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135

*Attorneys for Defendant Thomas Christensen*

DATED this 26th day of August, 2020.

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By:  /s/ J Christopher Jorgensen
Daniel F. Polsenberg (# 2376)
J Christopher Jorgensen (# 5382)
Abraham Smith (# 13250)
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV  89169

*Co-Counsel for Plaintiff United Automobile Insurance Company*

DATED this 26th day of August, 2020.

**MARQUIS AURBACH COFFING**

By: /s/  Brian R. Hardy
Terry A. Coffing (#4949)
Brian R. Hardy (#10068)
10001 Park Run Drive
Las Vegas, Nevada 89145

*Attorneys for Defendant E. Breen Arntz*

DATED this 26th day of August, 2020.

**LIPSON NEILSON P.C.**

By: */s/Janeen V. Issacson*
Janeen V. Isaacson
Lipson Neilson P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Defendant Gary Lewis*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE/DISTRICT COURT JUDGE

DATED: August 31, 2020

3