Daniel F. Polsenberg
Nevada Bar No. 2376
J Christopher Jorgensen
Nevada Bar No. 5382
Abraham Smith
Nevada Bar No. 13250
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV  89169
Tel: 702.949.8200
E-mail: dpolsenberg@lrrc.com
E-mail: cjorgensen@lrrc.com
E-mail: asmith@lrrc.com

*Co-Counsel for Plaintiff*
*United Automobile Insurance Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED AUTOMOBILE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS CHRISTENSEN, an individual; E. BREEN ARNTZ, an individual; and GARY LEWIS, an individual,<br><br>Defendants. | Case No.: 2:18-cv-02269-JAD-BNW<br><br>**JOINT STATUS REPORT REGARDING STAY OF DISCOVERY (ECF NO. 56)** |

Thomas Christensen, E. Breen Arntz, Gary Lewis ("Defendants") and United Automobile Insurance Company ("Plaintiff") hereby submit this Joint Status Report Regarding Stay of Discovery [ECF No. 56].

On June 26, 2020, Plaintiff and Defendants submitted to the Court a Joint Status Report Regarding Stay of Discovery pursuant to ECF No. 40.  The Parties asked for another 90 day stay of proceedings while several associated actions remained pending with other courts considering matters that may affect this case.  The parties asked that the next status report be due on September 26, 2020.

On August 7, 2020, Judge Dorsey issued an order indicating she had reconsidered the Defendants' Motion to Dismiss, but reached the same conclusion, denying the underlying Motion

1

to Dismiss. [ECF No. 55]. On August 11, 2020, Magistrate Weksler signed the June 26, 2020 Joint Status Report, but inserted a sentence indicating the next Joint Status Report would be due on August 26, 2020, instead of September 26, 2020. [ECF No. 56]. Then, on August 25, 2020, it appears ECF No. 56 was filed by the Court with a notation, "modified signing".

After a meet and confer held on August 25, 2020 between counsel Chris Jorgensen and James Whitmire, the parties asked for an additional 10 days to file the next Joint Status Report. [ECF No. 57]. The purpose of the request was not for delay, but rather for the parties to meet again and determine if the original reasons for seeking a stay of this case still remain.

In the interim 10 days,

1. On August 26, 2020, Plaintiff Cheyenne Nalder filed an appeal to the Nevada Supreme Court from the State Court order denying her motion for attorneys' fees in case 07-A-549111, where UAIG is the Intervenor. [Case No. 81710].

2. On September 2, 2020, Mr. Christensen' client Gary Lewis filed a Motion for Relief Pursuant to FRCP 60(b) in federal case 2:09-cv-1348. [ECF 146 in case 09-cv-1348]; and

3. On September 3, 2020, Mr. Christensen filed a Notice of Appeal to the Ninth Circuit Court, from this Court's order in this case, denying Mr. Christensen's Special Motion to Dismiss [ECF No. 32], and the subsequent ruling in Mr. Christensen's Motion for Reconsideration of Order Denying the Special Motion to Dismiss. [ECF No. 55]

As a result of the above recent filings, and specifically due to the appeal of two orders in this specific case, the parties believe the current stay of proceedings should remain in effect for the next 90 days from today's date (i.e., December 2, 2020), while this case and its associated cases, continue to evolve.

DATED this 10th day of September, 2020.

**WINNER & SHERROD**

By: */s/ Matthew J. Douglas*
Matthew John Douglas
Thomas E. Winner
1117 South Rancho Drive
Las Vegas, Nevada 89102

*Attorneys for Plaintiff*

DATED this 10th day of September, 2020.

**SANTORO WHITMIRE**

By: */s/ James E. Whitmire*
James E. Whitmire (#6533)
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135

*Attorneys for Defendant Thomas Christensen*

DATED this 10th day of September, 2020.

**LIPSON NEILSON P.C.**

By: */s/Janeen V. Issacson*
Janeen V. Isaacson
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Defendant Gary Lewis*

DATED this 10th day of September, 2020.

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: */s/ J Christopher Jorgensen*
Daniel F. Polsenberg (# 2376)
J Christopher Jorgensen (# 5382)
Abraham Smith (# 13250)
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV  89169

*Co-Counsel for Plaintiff United Automobile Insurance Company*

DATED this 10th day of September, 2020.

**MARQUIS AURBACH COFFING**

By: */s/ Brian R. Hardy*
Terry A. Coffing (#4949)
Brian R. Hardy (#10068)
10001 Park Run Drive
Las Vegas, Nevada 89145

*Attorneys for Defendant E. Breen Arntz*

The parties' stipulation is GRANTED.  Further, IT IS ORDERED that the parties must file a joint status report on 12/3/2020 regarding the development of this case and other related cases.

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE/DISTRICT COURT JUDGE

DATED: September 25, 2020