Erven T. Nelson, Esq.
Nevada Bar No. 2332
Law Office of Erven T. Nelson
900 Las Vegas Boulevard South, Suite 802
Las Vegas, NV 89101
T: 702-498-9111
ervnelson6@gmail.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED AUTOMOBILE INSURANCE
COMPANY,

                          Plaintiff,

vs.

THOMAS CHRISTENSEN, an individual; E.
BREEN ARNTZ, an individual; GARY
LEWIS, an individual,

                          Defendants.

Case No.:  2:18-cv-02269-JAD-BNW

**SUBSTITUTION OF ATTORNEY**

    Defendant, THOMAS CHRISTENSEN, hereby substitutes ERVEN NELSON, ESQ., 900 Las Vegas Boulevard South, Suite 802, Las Vegas, NV 89101, 702-498-9111, as attorney of record in place and stead of JAMES WHITMIRE, ESQ.

    Dated this 18th day of November, 2020.

_____
Thomas Christensen, Defendant

I consent to the above substitution.

Dated this ___ day of November, 2020.

_____
James Whitmire, Esq.

I am duly admitted to practice in this District.  The above substitution is accepted.

Dated this ___ day of November, 2020.

_____
Erven Nelson, Esq.

X Retained, not appointed.

**IT IS SO ORDERED**

**DATED:**  12:18 pm, November 24, 2020

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2