J Christopher Jorgensen
Nevada Bar No. 5382
Abraham Smith
Nevada Bar No. 13250
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200
E-mail: dpolsenberg@lrrc.com
E-mail: cjorgensen@lrrc.com
E-mail: asmith@lrrc.com

*Co-Counsel for Plaintiff*
*United Automobile Insurance Company*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED AUTOMOBILE INSURANCE COMPANY, | Case No.: 2:18-cv-02269-JAD-BNW |
| Plaintiff, | **PLAINTIFF UNITED AUTOMOBILE INSURANCE COMPANY AND GARY LEWIS' STATUS REPORT AND REQUEST FOR AN ADDITIONAL 30 DAYS TO FILE A JOINT STATUS REPORT REGARDING THE DEVELOPMENT OF THIS CASE AND OTHER RELATED CASES** |
| vs. | |
| THOMAS CHRISTENSEN, an individual; E. BREEN ARNTZ, an individual; and GARY LEWIS, an individual, | |
| Defendants. | |

United Automobile Insurance Company ("Plaintiff") and defendant Gary Lewis hereby submit this Case Status Report and request an additional 30 days to file a Joint Status Report regarding the development of this case and other related cases. (ECF No. 62). [1]

On September 10, 2020, Plaintiff and Defendants submitted to the Court a Joint Status Report Regarding Stay of Discovery pursuant to ECF No. 40. The Parties asked for another 90 day stay of proceedings while several associated actions remained pending with other courts considering matters that may affect this case. The parties asked that the next status report be due on December 2, 2020.

Recently, Mr. Christensen, Mr. Lewis and Mr. Arntz have either changed counsel or are

---

[1] Plaintiff counsel, Gary Lewis counsel, and attorney Dawn Hooker fully expect that the other parties will agree and sign onto this document in the next day or two. At that time the parties will file a Joint Request for Additional Time to File a Joint Status Report.

Lewis Roca
ROTHGERBER CHRISTIE
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

in the process of changing counsel.   The formalities of that have not yet been completed.   After a meet and confer held on December 3, 2020 between plaintiff counsel Chris Jorgensen and attorney Dawn Hooker from the Christensen law firm, along with input from plaintiff counsel Matt Douglas and attorney <u>Janeen V. Isaacson</u>, the consensus was to ask for an additional 30 days or by **January 4, 2021**. to file the next Joint Status Report.  The purpose of this request is not for delay, but rather for the parties to complete the pending change of counsel and meet again and determine if the original reasons for seeking a stay of this case still remain

Accordingly, the parties request an additional 30 days to file the next Joint Status Report from today's date (i.e. **January 4, 2021**).

Such request is sought in good faith and for purposes of judicial economy.

DATED this 3ʳᵈ day of December, 2020.

**WINNER & SHERROD**

By: */s/ Matthew J. Douglas*
Matthew John Douglas (#11371)
Thomas E. Winner (#5168)
1117 South Rancho
Las Vegas, Nevada 89102

*Attorneys for Plaintiff*

DATED this 3ʳᵈ day of December, 2020

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By:  */s/ J Christopher Jorgensen*
J Christopher Jorgensen (# 5382)
Abraham Smith (# 13250)
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV  89169

*Co-Counsel for Plaintiff United Automobile Insurance Company*

DATED this 3ʳᵈ day of December, 2020.

**LAW OFFICE OF ERVEN T. NELSON**

By: */s/*
Erven T. Nelson (#2332)
900 Las Vegas Blvd. South, Suite 802
Las Vegas, Nevada 89101

*Attorney for Defendant Thomas Christensen*

DATED this 3ʳᵈ day of December, 2020.

**MARQUIS AURBACH COFFING**

By: */s/*
Terry A. Coffing (#4949)
Brian R. Hardy (#10068)
10001 Park Run  Drive
Las Vegas, Nevada 89145

*Attorneys for Defendant E. Breen Arntz*

C:\Users\ckelley\Desktop\FILINGS 4\revised JCJ UAIC
Stipulation to Extend Time to File Joint Status

DATED this 3rd day of December, 2020.

**LIPSON NEILSON P.C.**

By: */s/Janeen V. Isaacson*
Janeen V. Isaacson
Lipson Neilson P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Defendant Gary Lewis*

ORDER

**IT IS SO ORDERED**

**DATED:**  10:46 am, December 08, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

C:\Users\ckelley\Desktop\FILINGS 4\revised JCJ UAIC
Stipulation to Extend Time to File Joint Status