J Christopher Jorgensen
Nevada Bar No. 5382
Abraham Smith
Nevada Bar No. 13250
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200
E-mail: dpolsenberg@lrrc.com
E-mail: cjorgensen@lrrc.com
E-mail: asmith@lrrc.com

*Co-Counsel for Plaintiff*
*United Automobile Insurance Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED AUTOMOBILE INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>vs.<br><br>THOMAS CHRISTENSEN, an individual; E. BREEN ARNTZ, an individual; and GARY LEWIS, an individual,<br><br>      Defendants. | Case No.: 2:18-cv-02269-JAD-BNW<br><br>**PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT**<br><br>**(Third Request)** |

United Automobile Insurance Company ("Plaintiff") requests an extension of time to file the required Joint Status Report until three days after the January 11th Ninth Circuit Court Mediation of this and related matters is completed.

On December 22, 2020, the Ninth Circuit Court ordered a mediation of the appeal in this case. (Exhibit 1, Case No. 20-16729, ECF No. 8.) A mediation, with Sasha M. Cummings serving as mediator, has been scheduled for January 11, 2021. Depending on the outcome of that mediation, Plaintiff and Defendants will be in a much better position to inform this Court regarding the status of this and the various other lawsuits between the parties. Accordingly, Plaintiff asks this Court to allow the mediation to proceed and for three days after the completion of the mediation to determine how the parties plan to proceed and to file a further Joint Status Report.

Such request is sought in good faith and for purposes of judicial economy.

DATED this 4th day of January, 2021.

**WINNER & SHERROD**

By: */s/ Matthew J. Douglas*
Matthew J. Douglas (#11371)
Thomas E. Winner (#5168)
1117 South Rancho
Las Vegas, Nevada 89102

*Attorneys for Plaintiff*

DATED this 4th day of January, 2021

**LEWIS ROCA ROTHGERBER
CHRISTIE LLP**

By:  */s/ J Christopher Jorgensen*
J Christopher Jorgensen (# 5382)
Abraham Smith (# 13250)
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV  89169

*Co-Counsel for Plaintiff United
Automobile Insurance Company*

ORDER

**IT IS SO ORDERED**

**DATED:** 12:48 pm, January 06, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

## INDEX OF EXHIBITS

| Ex. | Document | Pages |
|---|---|---|
| 1 | Order, dated December 22, 2020 in United Automobile Insurance Company v. Christensen, Ninth Circuit Case No. 20-16729 | 2 |