J Christopher Jorgensen
Nevada Bar No. 5382
Abraham Smith
Nevada Bar No. 13250
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV  89169
Tel: 702.949.8200
E-mail:  dpolsenberg@lrrc.com
E-mail:  cjorgensen@lrrc.com
E-mail:  asmith@lrrc.com

*Co-Counsel for Plaintiff*
*United Automobile Insurance Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED AUTOMOBILE INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>vs.<br><br>THOMAS CHRISTENSEN, an individual; E. BREEN ARNTZ, an individual; and GARY LEWIS, an individual,<br><br>           Defendants. | Case No.: 2:18-cv-02269-JAD-BNW<br><br>**PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT**<br><br>**(Fourth Request)** |

United Automobile Insurance Company ("Plaintiff") requests an extension of time to file the required Status Report until three days after the Ninth Circuit Court Mediation of this and related matters is completed.

On December 22, 2020, the Ninth Circuit Court ordered a mediation of the appeal in this case. (Exhibit 1, Case No. 20-16729, ECF No. 8.)  On January 4, 2020, Plaintiff requested an extension of time from this Court until three days after the Ninth Circuit mediation, which based on the Ninth Circuit's order was believed to be scheduled for January 11, 2021 (ECF No. 77). All parties joined in the motion, and this Court granted the request (ECF Nos. 79–80).  The parties were, however, mistaken as to the purpose of the January 11, 2021 conference.  On January 11, 2021, Ninth Circuit mediator Sasha M. Cummings did not conduct a mediation.  Instead Ms. Cummings discussed the case with the parties to determine whether another mediation of the disputed issues would be fruitful.  Ms. Cummings provided several dates when she thought a

113321023.1

mediation could occur. At the end of the conference Ms. Cummings asked counsel to consult with their clients and report to her whether the parties were available on those dates. After Plaintiff reported its availability, the mediator today set the mediation for February 24, 2021, at 10 a.m. (Exhibit 2, 1/14/21 Order). Depending on the outcome of that mediation, Plaintiff and Defendants will be in a much better position to inform this Court regarding the status of this and the various other lawsuits between the parties. Accordingly, Plaintiff apologizes for the misstatement and misunderstanding that Ms. Cummings had scheduled a mediation on January 11, 2021, and asks this Court to allow the current stay of proceedings to continue until the mediation is actually held on February 24, 2021. (Exhibit 3, Declaration of J Christopher Jorgensen.) Plaintiff asks this Court to continue the stay of proceedings through three days after the completion of the mediation to determine how the parties plan to proceed and to file a further Joint Status Report.

Such request is sought in good faith and for purposes of judicial economy.

DATED this 14th day of January, 2021.                    DATED this 14th day of January, 2021

**WINNER & SHERROD**                                      **LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: */s/ Matthew J. Douglas*                              By: */s/ J Christopher Jorgensen*
Matthew J. Douglas (#11371)                               J Christopher Jorgensen (# 5382)
Thomas E. Winner (#5168)                                  Abraham Smith (# 13250)
1117 South Rancho                                         3993 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89102                                   Las Vegas, NV  89169

*Attorneys for Plaintiff*                                 *Co-Counsel for Plaintiff United Automobile Insurance Company*

ORDER

IT IS ORDERED that plaintiff's motion is granted as unopposed under LR 7-2(d). The joint status report is due 3/1/2021.

**IT IS SO ORDERED**

**DATED:** 10:44 am, February 01, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**