J Christopher Jorgensen
Nevada Bar No. 5382
Abraham Smith
Nevada Bar No. 13250
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200
E-mail: dpolsenberg@lrrc.com
E-mail: cjorgensen@lrrc.com
E-mail: asmith@lrrc.com

*Co-Counsel for Plaintiff*
*United Automobile Insurance Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED AUTOMOBILE INSURANCE COMPANY, | Case No.: 2:18-cv-02269-JAD-BNW |
| Plaintiff, | **STATUS REPORT** |
| vs. | |
| THOMAS CHRISTENSEN, an individual; E. BREEN ARNTZ, an individual; and GARY LEWIS, an individual, | |
| Defendants. | |

On January 14, 2021, United Automobile Insurance Company ("Plaintiff") filed a Request for Extension of Time to File a Joint Status Request. (ECF 84).  The reason for the request was the pending Ninth Circuit Mediation, and the hope that progress would be made in settling this, and other related cases.   On February 1, 2021 this Court granted the Request, giving the parties additional time through the completion of the mediation (ECF 90).

The Ninth Circuit mediation was held on February 24, 2021.  The mediation was productive, and the parties made significant progress toward a partial settlement that will dispose of this action and related appeal, as well as a newly filed, yet unserved lawsuit in state district court.  The Ninth Circuit mediator set a status check regarding settlement  and dismissal for April 12, 2021. (Order, Exhibit 1).

Accordingly, the parties ask this court to extend the current stay order, originally issued on October 4, 2019 (ECF 40) through May 1, 2021.  The parties are hopeful that by then, a final

Lewis Roca
ROTHGERBER CHRISTIE
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

settlement agreement will be executed so that the appeal and this action may be dismissed.   The

parties ask the court to further require another Joint Status Report at that time.

Such request is sought in good faith and for purposes of judicial economy.

DATED this 2nd day of March, 2021.                  DATED this 2nd day of March, 2021

**WINNER & SHERROD**                                **LEWIS ROCA ROTHGERBER
                                                    CHRISTIE LLP**

By: */s/ Matthew J. Douglas*                        By:  */s/ J Christopher Jorgensen*
Matthew J. Douglas (#11371)                         J Christopher Jorgensen (# 5382)
Thomas E. Winner (#5168)                            Abraham Smith (# 13250)
1117 South Rancho                                   3993 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89102                             Las Vegas, NV  89169

*Attorneys for Plaintiff*                           *Co-Counsel for Plaintiff United
                                                    Automobile Insurance Company*

ORDER

IT IS ORDERED that the parties' stipulation is GRANTED.  The stay in this matter is extended to May 1, 2021.  IT IS FURTHER ORDERED that by May 1, 2021, the parties must file either dismissal documents or an additional joint status report regarding the status of settlement.

**IT IS SO ORDERED**

**DATED:** 12:06 pm, March 05, 2021

**BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE**

113726409.2