J Christopher Jorgensen
Nevada Bar No. 5382
Abraham Smith
Nevada Bar No. 13250
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200
E-mail: cjorgensen@lewisroca.com
E-mail: asmith@lewisroca.com

*Co-Counsel for Plaintiff
United Automobile Insurance Company*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED AUTOMOBILE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS CHRISTENSEN, an individual; E. BREEN ARNTZ, an individual; and GARY LEWIS, an individual,<br><br>Defendants. | Case No.: 2:18-cv-02269-JAD-BNW<br><br>**STATUS REPORT** |

On January 14, 2021, United Automobile Insurance Company ("Plaintiff") filed a Request for Extension of Time to File a Joint Status Request. (ECF 84). The reason for the request was the pending Ninth Circuit Mediation, and the hope that progress would be made in settling this, and other related cases. On February 1, 2021 this Court granted the Request, giving the parties additional time through the completion of the mediation (ECF 90).

The Ninth Circuit mediation was held on February 24, 2021. The mediation was productive, and the parties made significant progress toward a partial settlement that will dispose of this action and related appeal, as well as a newly filed, yet unserved lawsuit in state district court. The Ninth Circuit mediator set a status check regarding settlement and dismissal for April 12, 2021. The mediator has subsequently required the parties to submit a proposed settlement agreement by June 11, 2021. (Order, Exhibit 1.)

Accordingly, the parties ask this court to extend the current stay order, originally issued on October 4, 2019 (ECF 40) through June 21, 2021. The parties remain hopeful that by then, a

final settlement agreement will be executed so that the appeal, and this action may be dismissed. The parties ask the court to further require another Joint Status Report at that time.

Such request is sought in good faith and for purposes of judicial economy.

| | |
|---|---|
| DATED this 30th day of April, 2021. | DATED this 30th of April, 2021 |
| **WINNER & SHERROD** | **LEWIS ROCA ROTHGERBER CHRISTIE LLP** |
| By: */s/ Matthew J. Douglas*<br>Matthew J. Douglas (#11371)<br>Thomas E. Winner (#5168)<br>1117 South Rancho<br>Las Vegas, Nevada 89102 | By: */s/ J Christopher Jorgensen*<br>J Christopher Jorgensen (# 5382)<br>Abraham Smith (# 13250)<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, NV 89169 |
| *Attorneys for Plaintiff* | *Co-Counsel for Plaintiff United Automobile Insurance Company* |

DATED this 30th day of April, 2021.

**LAW OFFICE OF ERVEN T. NELSON**

By: */s/ Erven T. Nelson*
Erven T. Nelson (#2332)
900 Las Vegas Blvd. South, Suite 802
Las Vegas, Nevada 89101

*Attorney for Defendants Thomas Christensen and E. Breen Arntz*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE/DISTRICT COURT JUDGE

DATED: May 4, 2021