J Christopher Jorgensen
Nevada Bar No. 5382
Abraham Smith
Nevada Bar No. 13250
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200
E-mail: cjorgensen@lewisroca.com
E-mail: asmith@lewisroca.com

*Co-Counsel for Plaintiff
United Automobile Insurance Company*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED AUTOMOBILE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS CHRISTENSEN, an individual; E. BREEN ARNTZ, an individual; and GARY LEWIS, an individual,<br><br>Defendants. | Case No.: 2:18-cv-02269-JAD-BNW<br><br>**STATUS REPORT** |

On January 14, 2021, United Automobile Insurance Company ("Plaintiff") filed a Request for Extension of Time to File a Joint Status Request. (ECF No. 84). The reason for the request was the pending Ninth Circuit Mediation, and the hope that progress would be made in settling this, and other related cases. On February 1, 2021 this Court granted the Request, giving the parties additional time through the completion of the mediation (ECF No. 90).

The Ninth Circuit mediation was held on February 24, 2021. Although the mediator ordered that any settlement and dismissal of the appeal be completed by June 11, 2021, no final settlement was reached as of that date. The mediator has ordered the parties to participate in a follow-up conference on July 20, 2021. (Exhibit 1).

The Ninth Circuit mediator has set another follow-up conference with the parties on July 20, 2021.

In light of this conference, Plaintiff asks the court to grant a further extension of time through July 26, 2021, and require another status report at that time. Plaintiff has not had an

1

opportunity to confer with Defendants regarding this request.

Such request is sought in good faith and for purposes of judicial economy.

DATED this 21st day of June, 2021

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ J Christopher Jorgensen
J Christopher Jorgensen (# 5382)
Abraham Smith (# 13250)
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169

*Co-Counsel for Plaintiff United Automobile Insurance Company*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE/DISTRICT COURT JUDGE

DATED: June 24, 2021

2