J Christopher Jorgensen
Nevada Bar No. 5382
Abraham Smith
Nevada Bar No. 13250
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV  89169
Tel: 702.949.8200
E-mail:  cjorgensen@lewisroca.com
E-mail:  asmith@lewisroca.com

*Co-Counsel for Plaintiff
United Automobile Insurance Company*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED AUTOMOBILE INSURANCE COMPANY, | Case No.: 2:18-cv-02269-JAD-BNW |
| Plaintiff, | **STATUS REPORT** |
| vs. | |
| THOMAS CHRISTENSEN, an individual; E. BREEN ARNTZ, an individual; and GARY LEWIS, an individual, | |
| Defendants. | |

Plaintiff United Automobile Insurance Company ("Plaintiff"), through its counsel, provides this Court with a Status Report, and requests that discovery in this matter be stayed through September 3, 2021, for the following reasons:

(1) The removed case, pending as *Christensen et al. v. United Automobile Insurance Company et al.*, 2:21-cv-01374-JAD-NJK (originally filed in the Eighth Judicial District Court as Case No. A-20-825502-C), presents the same issues as those in this case, with which this Court is familiar.

(2) On January 14, 2021, Plaintiff filed a Request for Extension of Time to File a Joint Status Request. (ECF No. 84).  The reason for the request was the pending Ninth Circuit Mediation, and the hope that progress would be made in settling this, and other related cases.  On February 1, 2021 this Court granted the Request, giving the parties additional time through the completion of the mediation (ECF No. 90).

The mediator ordered the parties to participate in a follow-up conference, which went

forward on July 20, 2021. (Exhibit 1). As a result of that conference, Plaintiff is waiting for an updated settlement proposal from Defendants.

  Plaintiff therefore asks the court to grant a further extension of time through September 3, 2021, and require another status report at that time.

  Such request is sought in good faith and for purposes of judicial economy. Defendants were asked to join in this status report, but had not responded by 5:00 pm on July 26, 2021.

DATED this 26th day of July, 2021.

**WINNER & SHERROD**

By: */s/ Matthew J. Douglas*
Matthew J. Douglas (#11371)
Thomas E. Winner (#5168)
1117 South Rancho
Las Vegas, Nevada 89102

*Attorneys for Plaintiff*

DATED this 26th day of July, 2021.

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: */s/ J Christopher Jorgensen*
J Christopher Jorgensen (# 5382)
Abraham Smith (# 13250)
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV  89169

*Co-Counsel for Plaintiff United Automobile Insurance Company*

      **IT IS SO ORDERED:**

      _____
      UNITED STATES MAGISTRATE/DISTRICT COURT JUDGE

      DATED: 7/29/2021

115094524.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2021, I caused a true and accurate copy of the foregoing document entitled **STATUS REPORT** to be filed with the Clerk of the Court via the CM/ECF system, which will send an electronic copy all registered participants.

          /s/ Annette Jaramillo
An Employee of Lewis Roca
Rothgerber Christie LLP

115094524.1

**INDEX OF EXHIBITS**

| Ex. | Document | Pages |
|---|---|---|
| 1 | Order, dated June 14, 2021 in *United Automobile Insurance Company v. Christensen*, Ninth Circuit Case No. 20-16729 | 1 |

115094524.1