THOMAS E. WINNER (SBN 5168)
MATTHEW J. DOUGLAS (SBN 11371)
WINNER BOOZE & ZARCONE
1117 South Rancho Drive
Las Vegas, Nevada 89102
TWinner@WinnerFirm.com
MDouglas@WinnerFirm.com
(702) 243-7000

*Co-Counsel for Plaintiff
United Automobile Insurance Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED AUTOMOBILE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THOMAS CHRISTENSEN, an individual; E. BREEN ARNTZ, an individual; and GARY LEWIS, an individual,<br><br>　　　　Defendants. | Case No.: 2:18-cv-02269-JAD-BNW<br><br>**PLAINTIFF'S STATUS REPORT** |

　　　　Plaintiff United Automobile Insurance Company ("Plaintiff"), provides this Court with a Status Report, and requests that a case scheduling order be entered and discovery be allowed to move forward.

　　　　On January 14, 2021, Plaintiff filed a Request for Extension of Time to File a Joint Status Request. (ECF No. 84).  The reason for the request was the pending Ninth Circuit Mediation, and the hope that progress would be made in settling this, and other related cases that this Court is aware of.  On February 1, 2021 this Court granted the Request, giving the parties additional time through the completion of the mediation (ECF No. 90).  Several additional extensions have been granted through September 3, 2021.

　　　　The Ninth Circuit Mediation, after multiple sessions, has now concluded without a resolution.  (Exhibit 1, Case No. 20-16729, United States Court of Appeals for the Ninth Circuit Release Order and resetting appellate briefing schedule).  Therefore there is no longer a need for a stay of proceedings in case 2:18-cv-02269, as the Ninth Circuit mediation will not resolve this

case.

Plaintiff requests this Court order the parties to hold an FRCP 26(f) case conference and subsequently submit to this Court a proposed discovery scheduling order.

DATED this 7th day of September, 2021.    DATED this 7th day of September, 2021.

WINNER BOOZE & ZARCONE    LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Matthew J. Douglas*　　　　　　　　By: */s/ J Christopher Jorgensen*
Matthew J. Douglas (#11371)　　　　　　　J Christopher Jorgensen (# 5382)
Thomas E. Winner (#5168)　　　　　　　　Abraham Smith (# 13250)
1117 South Rancho　　　　　　　　　　　　3993 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89102　　　　　　　　Las Vegas, NV  89169

*Attorneys for Plaintiff*　　　　　　　　　　*Co-Counsel for Plaintiff United Automobile Insurance Company*

### Order

IT IS ORDERED that the parties must file a joint proposed discovery plan and scheduling order by 9/17/2021 detailing what discovery has been completed, what remains to be completed, and how much time the parties request to complete discovery.

**IT IS SO ORDERED**

**DATED:** 9:31 am, September 08, 2021

**BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2021, I caused a true and accurate copy of the foregoing document entitled **STATUS REPORT** to be filed with the Clerk of the Court via the CM/ECF system, which will send an electronic copy all registered participants.

                                                 */s/ Jessie M. Helm*
                                                 An Employee of Lewis Roca
                                                 Rothgerber Christie LLP

**INDEX OF EXHIBITS**

| Ex. | Document | Pages |
|---|---|---|
| 1 | Order, dated August 23, 2021 in *United Automobile Insurance Company v. Christensen*, Ninth Circuit Case No. 20-16729 | 2 |