Erven T. Nelson
Nevada Bar No. 2332
Law Office of Erven T. Nelson
900 Las Vegas Blvd. South, Suite 802
Las Vegas, NV 89101
ervnelson6@gmail.com
*Attorneys for Defendants Thomas Christensen and Breen Arntz*

Thomas Christensen
Nevada Bar No. 2326
Christensen Law Offices
1000 S. Valley View Blvd.
Las Vegas, NV 89107
courtnotices@injuryhelpnow.com
*Attorneys for Defendant Gary Lewis*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED AUTOMOBILE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> THOMAS CHRISTENSEN, an individual; E. BREEN ARNTZ, an individual; GARY LEWIS, an individual; <br><br> Defendants. | CASE NO.: 2:18-cv-2269-JAD-BNW <br><br><br> Resolving ECF No. 111 and extending deadlines re: ECF Nos. 107 & 110 |

**STIPULATION AND ORDER TO EXTEND DEADLINES FOR FILING RESPONSES**

**(FIRST REQUEST)**

Plaintiff United Automobile Insurance Company and Defendants Thomas Christensen, E. Breen Arntz and Gary Lewis, by and through their respective undersigned counsel, hereby stipulate and agree as follows:

Due to counsel for the parties being out of state in October and counsel for Plaintiff being in trial in a different case,   (i) the deadline for Defendants to file their response to Plaintiff's

Motion for Partial Summary Judgment (ECF No. 107) shall be extended to November 22, 2021 and (ii) the deadline for Plaintiff to file its response to Defendants' Motion to Dismiss (ECF No. 110) shall be extended to November 29, 2021. This is the first request for an extension regarding both pending motions.

Dated this 21st day of October, 2021.

Christensen Law Offices, LLC

   /s/ Thomas F. Christensen
Thomas F. Christensen
Nevada Bar #2326
1000 S. Valley View Blvd.
Las Vegas, NV 89107
T:702-870-1000
courtnotices@injuryhelpnow.com
*Attorneys for Defendant Gary Lewis*

Law Office of Erven T. Nelson

   /s/ Erven T. Nelson
Erven T. Nelson
Nevada Bar #2332
900 Las Vegas Boulevard South, Suite 802
Las Vegas, NV 89101
T:702-498-9111
ervnelson6@gmail.com
*Attorneys for Defendants Christensen & Arntz*

Winner Booze & Zarcone

   /s/ Matthew J. Douglas
Thomas E. Winner
Nevada Bar # 5168
Matthew J. Douglas
Nevada Bar #11371
Andrew D. Smith
Nevada Bar #8890
1117 S. Ranch Drive
Las Vegas, NV 89102
Tel: 702-243-7000
*Attorneys for Plaintiff United Automobile Insurance Company*

## ORDER

**IT IS SO ORDERED.**

_____
**U.S. DISTRICT COURT JUDGE**

**10/22/21**

2