Thomas Christensen
Nevada Bar No. 2326
Christensen Law Offices
1000 S. Valley View Blvd.
Las Vegas, NV 89107
courtnotices@injuryhelpnow.com
*Attorneys for Defendants Gary Lewis,*
*Thomas Christensen and E. Breen Arntz*

Abraham G. Smith
Nevada Bar  No. 13250
Lewis Roca Rothgerber Christie, LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
asmith@lewisroca.com
*Attorneys for Plaintiff United Automobile Insurance Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED AUTOMOBILE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>THOMAS CHRISTENSEN, an individual; E. BREEN ARNTZ, an individual; GARY LEWIS, an individual;<br><br>    Defendants. | CASE NO.: 2:18-cv-2269-JAD-BNW<br><br><br><br>ECF No. 152 |

### STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING RESPONSE (FIRST REQUEST)

Plaintiff United Automobile Insurance Company and Defendants Thomas Christensen, E. Breen Arntz and Gary Lewis, by and through their respective undersigned counsel, hereby stipulate and agree as follows:

Due to counsel for the Defendants suffering multiple break-ins at his office over the past two weeks and him simultaneously needing to take time to assist his wife after surgery, the

deadline for Defendants to file their response to Plaintiff's Motion to Amend Complaint to Drop Barratry Charges (ECF #148) shall be extended through August 16, 2023.

This is the first request for an extension regarding this pending motion.

Dated this 2nd day of August, 2023..

| Christensen Law Offices, LLC | Lewis Roca Rothgerber Christie, LLP |
|---|---|
| /s/ Thomas F. Christensen | /s/Abraham G. Smith |
| Thomas F. Christensen | Abraham G. Smith |
| Nevada Bar #2326 | Nevada Bar #13250 |
| 1000 S. Valley View Blvd. | 3993 Howard Hughes Parkway, Suite 600 |
| Las Vegas, NV 89107 | Las Vegas, NV 89169-5996 |
| T:702-870-1000 | T: 702-949-8200 |
| courtnotices@injuryhelpnow.com | asmith@lewisroca.com |
| *Attorneys for Defendant Gary Lewis Christensen & Arntz* | *Attorney for Plaintiff United Automobile Insurance Company* |

<u>*ORDER*</u>

**IT IS SO ORDERED.**

_____
**U.S. DISTRICT COURT JUDGE**
**8/3/23**

2