Thomas Christensen
Nevada Bar No. 2326
Christensen Law Offices
1000 S. Valley View Blvd.
Las Vegas, NV 89107
courtnotices@injuryhelpnow.com
*Attorneys for Defendants Gary Lewis,*
*Thomas Christensen and E. Breen Arntz*

Abraham G. Smith
Nevada Bar  No. 13250
Lewis Roca Rothgerber Christie, LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
asmith@lewisroca.com
*Attorneys for Plaintiff United Automobile Insurance Company*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED AUTOMOBILE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>vs.<br><br>THOMAS CHRISTENSEN, an individual; E. BREEN ARNTZ, an individual; GARY LEWIS, an individual;<br><br>        Defendants. | CASE NO.: 2:18-cv-2269-JAD-BNW |

### STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING RESPONSE (SECOND REQUEST)

Plaintiff United Automobile Insurance Company and Defendants Thomas Christensen, E. Breen Arntz and Gary Lewis, by and through their respective undersigned counsel, hereby stipulate and agree as follows:

The Ninth Circuit is currently considering an Order to Show Cause in appeals 22-16073/22-16105. Briefing on those pending cross-appeals is currently stayed pending

1

further Order from the Appeals Court. The parties hereto agree there is good cause, for the sake of judicial efficiency, to further delay the briefing in this case related to Plaintiff's Motion to Amend Complaint to Drop Barratry Charges (ECF #148). The parties believe it will be more efficient to continue briefing until after a decision is rendered by the Ninth Circuit on the appellate Order to Show Cause. Therefore, the parties hereby stipulate that the time for Defendants to file their Response to Plaintiff's Motion to Amend(ECF#148) shall be extended to seven (7) days from the date that the Ninth Circuit issues its written decision on the Order to Show Cause. Thereafter, the Plaintiffs will file their Reply in ordinary course and the Court may set the matter for hearing if necessary.

This is the second request for an extension regarding this pending motion.

Dated this 15th day of August, 2023..

| | |
|---|---|
| Christensen Law Offices, LLC | Lewis Roca Rothgerber Christie, LLP |
| /s/ Thomas F. Christensen | /s/Abraham G. Smith |
| Thomas F. Christensen | Abraham G. Smith |
| Nevada Bar #2326 | Nevada Bar #13250 |
| 1000 S. Valley View Blvd. | 3993 Howard Hughes Parkway, Suite 600 |
| Las Vegas, NV 89107 | Las Vegas, NV 89169-5996 |
| T:702-870-1000 | T: 702-949-8200 |
| courtnotices@injuryhelpnow.com | asmith@lewisroca.com |
| *Attorneys for Defendant Gary Lewis Christensen & Arntz* | *Attorney for Plaintiff United Automobile Insurance Company* |

## ORDER

IT IS SO ORDERED.

_____
U.S. DISTRICT COURT JUDGE

Dated: August 17, 2023

2